CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP 13 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RA A. IMHOTEP,<br>    Petitioner, | Case No. 7:16-cv-00249 |
| v. | MEMORANDUM OPINION |
| HAROLD W. CLARKE, <u>et al.</u>,<br>    Respondents. | By:  Hon. Jackson L. Kiser<br>        Senior United States District Judge |

By its July 7, 2016, Order, the court notified Petitioner of its intent to construe and address his "complaint" as a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Order instructed Petitioner to complete and return the form § 2254 motion within fifteen days and that a failure to do so would result in dismissal without prejudice for failing to comply with a court order.

Petitioner has failed to respond to the Order. Accordingly, the action is dismissed without prejudice, a certificate of appealability is denied, and the action is stricken from the docket.

ENTER: This 13th day of September, 2016.

/s/ Jackson L. Kiser
Senior United States District Judge