CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP 13 2016

JULIA C. DUDLEY, CLERK
BY: /s/ N. Hu
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| RA A. IMHOTEP,<br>    Petitioner, | Case No. 7:16-cv-00249 |
| v. | **ORDER** |
| HAROLD W. CLARKE, <u>et al.</u>,<br>    Respondents. | By:  Hon. Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice**; a certificate of appealability is **DENIED**; and the case is **STRICKEN** from active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Petitioner.

ENTER: This 13th day of September, 2016.

/s/ Jackson L. Kiser
Senior United States District Judge